

THE CITY OF NEW YORK

# LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

June 11, 2026

***Via ECF***

The Honorable Paul A. Engelmayer
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **Aranda, *et al.* v. N.Y.C. Dep't of Educ., *et al.*, No. 25 CV 10505 (PAE)**

Dear Judge Engelmayer:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants New York City Department of Education ("DOE"), City School District of the City of New York, P.S. 109 Sedgwick, Harry Sherman, Josette Claudio, and Yoli-Ann Barrett (collectively, the "Defendants") in the above-referenced action. With the consent of Plaintiffs' counsel, I write to respectfully request a 2-week adjournment, to July 1, 2026, of the initial pretrial conference currently scheduled for June 17, 2026 at 11 a.m., as well as a concomitant extension of the parties' deadline to email Chambers and to file a joint letter and proposed civil case management plan and scheduling order in advance of that conference.

Unfortunately, due to a sudden family emergency, I am out of state and not working in any routine sense this week, and I anticipate being similarly indisposed for a greater part of next week. As such, I have not had an opportunity to discuss a discovery schedule with my colleagues at the New York City Department of Education or with Plaintiffs' counsel. The requested adjournment and extension will therefore afford additional time to perform such tasks and to adequately prepare for the initial pretrial conference.

This is the Defendants' first request for an adjournment of the initial pretrial conference. As noted, Plaintiffs' counsel has graciously consented to this request. If granted, this request would result in the adjournment of the initial pretrial conference from June 17, 2026, to

July 1, 2026. Furthermore, relying upon the timing set forth in the Court's May 12 2026 Notice of Initial Pretrial Conference, (ECF No. 26), a concomitant extension of the deadlines to file a proposed civil case management plan and scheduling order and a joint letter, and to email Chambers, would move these deadlines from June 11, 2026, to June 25, 2026.

I thank the Court for its consideration of this request.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc:    *Via ECF*
       All counsel of record

GRANTED.  The Court extends its well wishes to counsel's family.  The initial pretrial conference is adjourned to **July 21, 2026 at 2:30 p.m**.  The parties' joint pretrial letter and case management plan are due July 16, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: June 12, 2026
New York, New York

2