UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRUZ ARANDA *et al.*,

                                        Plaintiffs,

                    -v-

NYC DEP'T OF EDUCATION *et al.*,

                                        Defendants.

25 Civ. 10505 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns the initial pretrial conference to

**July 27, 2026 at 2 p.m.**  The parties' joint pretrial letter and case management plan are due

July 21, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
       New York, New York