USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

August 14, 2026

**APPLICATION GRNATED: The Pre-settlement Call scheduled for 08/18/2026 is hereby adjourned sine die. The parties shall file a letter with the Court addressed to the undersigned when they are ready to schedule a settlement conference.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**08/17/2026**

***Via ECF***

The Honorable Katharine H. Parker
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Aranda, *et al.* v. N.Y.C. Dep't of Educ., *et al.***
**No. 25 CV 10505 (PAE)(KHP)**

Dear Magistrate Judge Parker:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants New York City Department of Education ("DOE"), City School District of the City of New York, P.S. 109 Sedgwick, Harry Sherman, Josette Claudio, and Yoli-Ann Barrett (collectively, the "Defendants") in the above-referenced action. Jointly with Plaintiffs' counsel, I write to respectfully request the adjournment *sine die* of the pre-settlement conference presently scheduled for August 18, 2026, or in the alternative, for an adjournment of that conference to a date on or after September 9, 2026.

During the parties' initial pretrial conference with Judge Engelmayer, the parties indicated that they would be amenable to a settlement conference with Your Honor at a later point in the action but that they were not presently ready for such a conference at that time. This was in part due to the fact that there are Jane Doe defendants that have not yet been identified and whose relationship for settlement purposes with the Defendants has not yet been determined. Moreover, the parties have not yet exchanged any documentary discovery; they are still in the very early stages of exchanging information that may be relevant to future settlement discussions.

As such, the parties respectfully request that the pre-settlement conference call be adjourned *sine die* until such time as the parties request the scheduling of a settlement conference with Your Honor. Alternatively, if the Court is nevertheless inclined to move forward with the pre-

settlement conference call, the parties would jointly request that it be adjourned to a date on or after September 9, 2026, to account for intervening vacations and/or other professional and personal obligations of counsel.

This is the parties' first request for an adjournment of the pre-settlement conference. If granted, this request would result in the adjournment *sine die* of the pre-settlement conference until such time that the parties request the scheduling of a settlement conference with Your Honor, or alternatively, it would result in the adjournment of the conference to a date on or after September 9, 2026.

The parties thank the Court for its consideration of this request.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via ECF***
All counsel of record