UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARANDA *et al.*,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION *et al.*,

Defendants.

25 Civ. 10505 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns the case management conference, presently scheduled for **January 15, 2027** at **3 p.m.**, to the same day, at **4 p.m.** The conference will still be held by telephone.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: August 18, 2026
New York, New York